**RICHARD PALMA**
ATTORNEY AT LAW
11 PARK PLACE - SUITE 1715
NEW YORK, NEW YORK 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-15-2019
```

MEMBER OF THE BAR
NEW YORK & FLORIDA

TEL. (212) 686-8111
FAX. (212) 202-7800
E-MAIL: rpalma177@gmail.com

November 15, 2019

ECF filed

Honorable Laura Taylor Swain
United States District Judge
U.S. District Court for S.D.N.Y.
500 Pearl Street
New York, N.Y. 10007

**MEMO ENDORSED**

Re:  **U.S. v. Wang, 18 Cr. 905 (LTW)**
**Without objection by the Government, this is a joint request on behalf of Defendants Xiao Wang & Jian Feng Wu to continue the November 19th Status Conference to an afternoon of the week of December 16th.**

Dear Judge Swain:

As attorneys of record for Messrs. Jian Feng Wu and Xiao Wang, Mr. Christopher Madiou and I respectfully request that our November 19th court appearances before Your Honor be continued to the week of December 16th in the afternoon. The Government does not oppose this joint defense request. I can represent to the Court on behalf of Mr. Madiou and myself that the parties are actively involved in plea negotiations with the Government and that we anticipate a resolution of our respective cases without a trial by the next court appearance. Finally, the parties content to the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161.

I am available immediately to Your Honor should the Court have questions about this request. My cellular phone number is (917) 751-5754.

Thank you.

Respectfully submitted,

Richard Palma

Richard Palma (Bar No. rp 4441)

THE APPLICATION IS GRANTED. THE CONFERENCE IS *adjourned to* 12/17 AT 3:30pm IN COURTROOM 17C. THE COURT FINDS PURSUANT TO 18 U.S.C. §3161(H)(7)(A) THAT THE ENDS OF JUSTICE SERVED BY AN EXCLUSION OF THE TIME FROM TODAY'S DATE THROUGH 12/17/16 OUTWEIGH THE BEST INTERESTS OF THE PUBLIC AND THE DEFENDANT IN A SPEEDY TRIAL FOR THE REASONS STATED ABOVE. SO ORDERED.

/s/ 11/15/19
LAURA TAYLOR SWAIN, USDJ

RICHARD PALMA
ATTORNEY AT LAW