LAW OFFICES
# CHRISTOPHER MADIOU

WOOLWORTH BUILDING  P (917) 408 - 6484
233 BROADWAY – SUITE 2208  F (212) 571 - 9149
NEW YORK, NY 10279  CHRIS@MADIOULAW.COM

WWW.MADIOULAW.COM

March 16, 2020

Hon. Laura Taylor Swain
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007
*By ECF*

## MEMO ENDORSED

Re:  *United States v. Jian Feng Wu*, 18 Cr. 905 (LTS)

Dear Judge Swain,

I represent Jian Feng Wu in the above-captioned case. I write with consent from the government to request a three-month adjournment of Mr. Wu's sentencing, which is currently scheduled to take place on April 28, 2020 at 11:00am.

Mr. Wu has been released on bail conditions since his arrest without issue. Defense counsel requires this adjournment to adequately prepare with Mr. Wu for his sentencing, including assisting him with obtaining immigration advice and assistance. Counsel can only prepare with Mr. Wu with the assistance of a Fuzhou interpreter. This work under normal circumstances would require additional time, but in light of the current COVID-19 pandemic even more time is needed.

Therefore, I respectfully request that the Court adjourn Mr. Wu's sentencing for three months from April 28, 2020 to adequately assure effective assistance at sentencing.

Thank you in advance for your consideration.

Sincerely,

Christopher Madiou

The request is granted. The sentencing is adjourned to July 16, 2020, at 11:00 a.m. DE#132 resolved.

SO ORDERED.
Dated: 3/17/2020

/s/Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge

Cc:  AUSA Alexandra Rothman (via ECF)