# LAW OFFICES
# CHRISTOPHER MADIOU

WOOLWORTH BUILDING  
233 BROADWAY – SUITE 2208  
NEW YORK, NY 10279

P  (917) 408 - 6484  
F  (212) 571 - 9149  
CHRIS@MADIOULAW.COM

WWW.MADIOULAW.COM

---

June 9, 2020

Hon. Laura Taylor Swain  
United States District Judge  
Daniel Patrick Moynihan  
United States Courthouse  
500 Pearl St.  
New York, NY 10007  
*By ECF*

## MEMO ENDORSED

Re:   *United States v. Jian Feng Wu*, 18 Cr. 905 (LTS)

Dear Judge Swain,

    I represent Jian Feng Wu in the above-captioned case. I write with consent from the government to request at least a three-month adjournment of Mr. Wu's sentencing, which is currently scheduled to take place on July 16, 2020 at 11:00am.

    Mr. Wu has been released on bail conditions since his arrest without issue. Since the outset of the Covid-19 pandemic, counsel has had limited and insufficient access to Mr. Wu, who requires a Fuzhou interpreter in order to confer with counsel. The lack of access to Mr. Wu during the most critical phase of his case prevents counsel from being adequately prepared for his upcoming sentencing. Defense counsel also requires this adjournment to assist Mr. Wu with obtaining immigration advice and assistance.

    Therefore, I respectfully request that the Court adjourn Mr. Wu's sentencing for at least three months from July 16, 2020 to adequately assure counsel's effective assistance at sentencing.

    Thank you in advance for your consideration.

Sincerely,

*[signature]*

Christopher Madiou

Cc:   AUSA Elizabeth Espinosa (via ECF)

---

The sentencing is adjourned to November 5, 2020, at 2:00 p.m.  
DE# 143 resolved.  
SO ORDERED.  
6/9/2020  
/s/ Laura Taylor Swain, USDJ