UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

UNITED STATES,

   -v-                                                     No. 18 CR 905-LTS

JIANG FENG WU,

        Defendant.

-------------------------------------------------------x

## ORDER

At the Defendant's request, and with the consent of the Government, the sentencing proceeding is hereby adjourned to September 23, 2021, at 2:00 p.m. in Courtroom 17C.

     SO ORDERED.

Dated: New York, New York
       June 3, 2021

                                                                                /s/ Laura Taylor Swain
                                                                              LAURA TAYLOR SWAIN
                                                                              Chief United States District Judge