LAW OFFICES

# CHRISTOPHER MADIOU

50 BROAD STREET                                                           P (917) 408 - 6484
SUITE 1609                                                               F (212) 571 - 9149
NEW YORK, NY 10004                                          CHRIS@MADIOULAW.COM

WWW.MADIOULAW.COM

October 5, 2021

Hon. Laura Taylor Swain
United States District Judge
Daniel Patrick Moynihan                        <u>MEMO ENDORSED</u>
United States Courthouse
500 Pearl St.
New York, NY 10007
*By ECF*

Re:     *United States v. Jian Feng Wu*, 18 Cr. 905 (LTS)

Dear Judge Swain,

I represent Jian Feng Wu in the above-captioned case. Mr. Wu is currently released on bail with standard conditions, including travel restricted to the Eastern and Southern Districts of New York.

I write with consent from the Government and Pretrial Services to respectfully request modification of those conditions to permit Mr. Wu to travel to Las Vegas for vacation from October 22, 2021 to October 26, 2021. If approved, Mr. Wu will provide pretrial services with his flight and hotel itinerary.

Thank you in advance for your consideration.

Sincerely,

The foregoing modification request is granted.
DE #195 is resolved.
SO ORDERED.
10/5/2021
/s/ Laura Taylor Swain, Chief USDJ

Christopher Madiou

Cc:     AUSA Alexandra Rothman (via ECF and email)
        U.S. Pretrial Services Officer Lea Harmon (via email)